UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| ) | | |
|     Acts of Disciples Ministry ) | | Case No. 08-62370 pjs |
|     dba Acts Church International ) | | |
|     Debtor-in-Possession ) | | Hon. Phillip J. Shefferly |
| ) | | |
| ) | | |

**<u>ORDER CONFIRMING DEBTOR'S SECOND AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT WITH CONDITIONS</u>**

      The Debtor having filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on September 15, 2008; the Court having given preliminary approval of the Second Amended Combined Plan of Reorganization and Disclosure Statement on March 20, 2009; the Order and a Ballot having been served on creditors and interest holders as required by the applicable bankruptcy rules; the Court having conducted a hearing on confirmation of the Plan on April 27, 2009; all objections having been raised and resolved between the parties, the Court being fully advised in the premises and finds that the requirements of confirmation set forth in 11 U.S.C. § 1129 (a) and L.B.R. 3020-1 have been met.

      NOW, THEREFORE, the Court makes the following findings of fact and conclusions of law:

1. The Plan has been accepted in writing by each class of creditors and equity security holders whose acceptance is required by law.

2. The provisions of Chapter 11 have been complied with, and the Plan has been proposed in good faith and not by any means forbidden by law.

3. Each holder of a claim or interest has accepted the Plan or would receive or retain under the Plan property of a value, as of the Effective Date of the Plan, that is not less than the amount that each such holder would retain or receive if the Debtor's assets were liquidated under Chapter 7 or Title 11 on such date.

4. All payments made or promised by the Debtor under the Plan or by any other person for services or for costs or expenses, or in connection with the Plan and incident to these bankruptcy proceedings have been fully disclosed to the Court or if to be fixed after confirmation of the Plan will be subject to the approval of the Court.

5. The identity, qualifications and affiliations of any person to be authorized to administer the affairs of the Debtor after the confirmation of the Plan have been fully disclosed, and the appointment of such persons and their continuation therein is equitable and consistent with the interest of the creditors and the Debtor and public policy.

6. The identity of any insider that will be employed or retained by the Debtor and each such insider's compensation has been fully disclosed.

7. There is no regulatory commission with the jurisdiction over the Debtor whose approval is necessary for the confirmation of the Plan.

8. The confirmation of the Plan is not likely to result in the need for further reorganization of the Debtor.

NOW THEREFORE, IT IS HEREBY ORDERED that the Debtor's disclosure statement contained in its Second Amended Plan of Reorganization and Disclosure Statement is hereby approved as containing adequate information within the meeting of 11 USC Section 1125 subject to the following amendments:

1. The word "<u>Administrative</u>" is stricken in all places that it appears in the second full paragraph 2, on page 4 of the plan.

2. The third full paragraph on page 4 is stricken and is substituted by the following language: "Debtor shall pay to the United States Trustee the appropriate sums required pursuant to pursuant to 28 USC § 1930(a)(6). After confirmation, and until the case is closed by the Court, Debtor, and the Reorganized Debtor, and shall follow all procedures of the United States Trustee for reporting and tracking such disbursements."

3. The delinquent quarterly fees owed to the United States Trustee shall be paid by May 11, 2009, and payment shall be by cashier's check or money order.

4. The priority unsecured claim of Hotz Catering & Rental as a Class 2 priority unsecured claim shall be reclassified as a Class 3 unsecured nonpriority claim.

5. All inaccuracies and omissions in monthly financial statements for each month beginning October 2009 through February 2009 shall be corrected and refiled by May 11, 2009.

6. The monthly statements for March and April 2009 shall be completed and filed by May 11, 2009.

IT IS FURTHER ORDERED that upon failure of the Debtor or Debtor's designee (including the disbursing agent) to make any payment due on any administrative and unsecured claim, which is not cured within 30 days of the mailing of a written notice of default by the Claimant, the Claimant may exercise all rights and remedies applicable under nonbankruptcy law for the collection of its entire claim and/or seek appropriate relief from this Court. In the event of conversion of this case to a Chapter 7 proceeding, all property of the Debtor, Debtor-In-Possession; or reorganized debtor, which will revest upon confirmation of the Plan of Reorganization, and all of Debtor's after-acquired property, shall be property of the Chapter 7 estate.

IT IS FURTHER ORDERED that the Debtor shall be, and hereby is, authorized to immediately take such actions as are reasonable and necessary to implement the Plan, and it is authorized to execute any and all documents as are necessary to effectuate any and all documents as are necessary to effectuate the terms and provisions of the Plan.

.

**Signed on May 04, 2009**

                                  **_/s/ Phillip J. Shefferly _ _**
                                  **Phillip J. Shefferly**
                                  **United States Bankruptcy Judge**